IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**TINA AMONETTE**                                                                         **PLAINTIFF**

vs.                                                   **Civil No. 6:19-cv-06131**

**ANDREW SAUL,**                                                      **DEFENDANT**
**Commissioner, Social Security Administration**

## **JUDGMENT**

Comes now the Court on this the 22nd day of January 2021, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                             /s/ *Barry A. Bryant*
                                                           HON. BARRY A. BRYANT
                                                           U. S. MAGISTRATE JUDGE